IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARCUS LAQUEZ LESTER, #L0783**                                       **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:16-cv-74-JCG**

**JAQUELINE BANKS, ET AL.**                                     **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on March 31, 2017 dismissing with prejudice Plaintiff's claims against Defendants Jacqueline Banks, Hubert Davis, Angie Holloway, Timothy Barnes, Shetica Lockhart, Sarah Jones, Mitchell Taylor, and Lowonda Hayes, this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 31st day of March, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE